IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **09-cv-2179-AP**

**In re: MARGARET DENORMANDIE ROOS**

        Debtor.

**WASHINGTON MUTUAL BANK,**

        Appellant,

v.

**LYNN MARTINEZ, CHAPTER 7 TRUSTEE, as successor Trustee to Albert Hoffman,**

        Appellee.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

Appellant's Unopposed Motion to Modify Briefing Schedule (doc. #9), filed November 3, 2009, is GRANTED.  The briefing schedule is modified as follows:  Appellant's Opening Brief is due December 4 2009; Appellee's Response Brief is due December 21, 2009; Appellant's Reply Brief is due January 4, 2010.

---

Dated:  November 5, 2009