IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **09-cv-2179-AP**

**In re: MARGARET DENORMANDIE ROOS**

        Debtor.

**WASHINGTON MUTUAL BANK,**

        Appellant,

v.

**LYNN MARTINEZ, CHAPTER 7 TRUSTEE, as successor Trustee to Albert Hoffman,**

        Appellee.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Appellant's Second Unopposed Motion to Modify Briefing Schedule (doc. #11), filed December 4, 2009, is **GRANTED**.  The briefing schedule is modified as follows:  Appellant's Opening Brief is due January 5 2010; Appellee's Response Brief is due January 26, 2010; Appellant's Reply Brief is due February 9, 2010.

Dated:  December 4, 2009