IN THE UNITED STATES DITRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02179-JLK

In re: MARGARET DENORMANDIE ROOS

WASHINGTON MUTUAL BANK,

Appellant,

v.

LYNN MARTINEZ, CHAPTER 7 TRUSTEE, as successor Trustee to Albert Hoffman,

Appellee.

_____

ORDER GRANTING THIRD UNOPPOSED MOTION
TO MODIFY BRIEFING SCHEDULE
_____

Kane, J.

Appellant's Third Unopposed Motion to Modify Briefing Schedule is GRANTED. The briefing schedule for this appeal is modified as follows:

Appellant's Opening Brief is due February 5, 2010;

Appellee's Response Brief is due February 26, 2010; and

Appellant's Reply Brief is due March 12, 2010.

Dated this 4th day of January 2010.

                                                              **s/John L. Kane**
                                                              **SENIOR U.S. DISTRICT JUDGE**