IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **09-cv-2179-AP**

**In re: MARGARET DENORMANDIE ROOS**

      Debtor.

**WASHINGTON MUTUAL BANK,**

      Appellant,

v.

**LYNN MARTINEZ, CHAPTER 7 TRUSTEE, as successor Trustee to Albert Hoffman,**

      Appellee.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Appellant's Fifth Unopposed Motion to Modify Briefing Schedule (doc. #17), filed February 18, 2010, is **GRANTED**.  The briefing schedule is modified as follows: Appellant's Opening Brief is due March 5, 2010; Appellee's Response Brief is due March 26, 2010; Appellant's Reply Brief is due April 9, 2010.

Dated:  February 18, 2010