IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **09-cv-2179-AP**

**In re: MARGARET DENORMANDIE ROOS**

      Debtor.

**WASHINGTON MUTUAL BANK,**

      Appellant,

v.

**LYNN MARTINEZ, CHAPTER 7 TRUSTEE, as successor Trustee to Albert Hoffman,**

      Appellee.

**MINUTE ORDER**

Judge John L. Kane **ORDERS**

Appellant's Sixth Unopposed Motion to Modify Briefing Schedule (doc. #19), filed March 5, 2010, is **GRANTED**. The briefing schedule is modified as follows: Appellant's Opening Brief is due March 12, 2010; Appellee's Response Brief is due April 5, 2010; Appellant's Reply Brief is due April 19, 2010.

Dated:  March 8, 2010