IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-2179-AP**

**In re: MARGARET DENORMANDIE ROOS**

      Debtor.

**WASHINGTON MUTUAL BANK,**

      Appellant,

v.

**LYNN MARTINEZ, CHAPTER 7 TRUSTEE, as successor Trustee to Albert Hoffman,**

      Appellee.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Appellant's Seventh Unopposed Motion to Modify Briefing Schedule (doc. #21), filed March 12, 2010, is **GRANTED**. The briefing schedule is modified as follows: Appellant's Opening Brief is due March 19, 2010; Appellee's Response Brief is due April 9, 2010; Appellant's Reply Brief is due April 23, 2010.

Dated: March 12, 2010