IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-2179-AP**

**In re: MARGARET DENORMANDIE ROOS**

       Debtor.

**WASHINGTON MUTUAL BANK,**

       Appellant,

v.

**LYNN MARTINEZ, CHAPTER 7 TRUSTEE, as successor Trustee to Albert Hoffman,**

       Appellee.

---

**MINUTE ORDER**

---

Judge John L. Kane **ORDERS**

Appellant's Eighth Unopposed Motion to Modify Briefing Schedule (doc. #23), filed March 19, 2010, is **GRANTED**. The briefing schedule is modified as follows: Appellant's Opening Brief is due March 26, 2010; Appellee's Response Brief is due April 16, 2010; Appellant's Reply Brief is due April 30, 2010.

---

Dated: March 22, 2010