IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-2179-AP**

**In re: MARGARET DENORMANDIE ROOS**

    Debtor.

**WASHINGTON MUTUAL BANK,**

    Appellant,

v.

**LYNN MARTINEZ, CHAPTER 7 TRUSTEE, as successor Trustee to Albert Hoffman,**

    Appellee.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Appellant's Ninth Unopposed Motion to Modify Briefing Schedule (doc. #25), filed March 26, 2010, is **GRANTED**. The briefing schedule is modified as follows: Appellant's Opening Brief is due April 2, 2010; Appellee's Response Brief is due April 23, 2010; Appellant's Reply Brief is due May 7, 2010.

Dated: March 29, 2010