IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-2179-AP**

**In re: MARGARET DENORMANDIE ROOS**

      Debtor.

**WASHINGTON MUTUAL BANK,**

      Appellant,

v.

**LYNN MARTINEZ, CHAPTER 7 TRUSTEE, as successor Trustee to Albert Hoffman,**

      Appellee.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Appellant's Eleventh Unopposed Motion to Modify Briefing Schedule (doc. #29), filed April 16, 2010, is **GRANTED**. The briefing schedule is modified as follows: Appellant's Opening Brief is due May 17, 2010; Appellee's Response Brief is due June 7, 2010; Appellant's Reply Brief is due June 21, 2010. No further extensions will be considered.

Dated: April 16, 2010