IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-2179-AP**

**In re: MARGARET DENORMANDIE ROOS**

      Debtor.

**WASHINGTON MUTUAL BANK,**

      Appellant,

v.

**LYNN MARTINEZ, CHAPTER 7 TRUSTEE, as successor Trustee to Albert Hoffman,**

      Appellee.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Appellant's Twelfth Unopposed Motion to Modify Briefing Schedule (doc. #31), filed May 17, 2010, is **GRANTED**. Appellant's Opening Brief is due June 16, 2010; Appellee's Response Brief is due July 7, 2010; Appellant's Reply Brief is due July 21, 2010.

Dated: May 18, 2010