IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-2179-AP**

**In re: MARGARET DENORMANDIE ROOS**

    Debtor.

**WASHINGTON MUTUAL BANK,**

    Appellant,

v.

**LYNN MARTINEZ, CHAPTER 7 TRUSTEE, as successor Trustee to Albert Hoffman,**

    Appellee.

## ORDER DISMISSING APPEAL

Kane, J.

Upon consideration of the Unopposed Motion to Dismiss Appeal (doc. #33), filed June 16, 2010, it is

**ORDERED** that the Motion is **GRANTED**. This appeal is **DISMISSED**, the parties to pay their own attorney fees and costs.

Dated this 17th day of June, 2010.

                      BY THE COURT:

                      *s/John L. Kane*
                      John L. Kane, Senior Judge
                      United States District Court